# Michael Faillace & Associates, P.C.

Employment and Litigation Attorneys

60 East 42nd Street, Suite 4510                                                                 Telephone: (212) 317-1200
New York, New York 10165                                                                       Facsimile: (212) 317-1620
_____

jandrophy@faillacelaw.com

March 21, 2019

**BY EMAIL**

Honorable Debra Freeman, U.S.M.J.
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

        Re:    **Noemi Ruiz Ortega et al v. Ambrosia Bakery Café Inc et al**
               **Case No. 18-cv-2207 (KPF)(DF)**

Dear Judge Freeman:

    I am counsel to Plaintiffs in the above-referenced matter, and I write with opposing counsel to submit a status report.

    Since the settlement conference held before Your Honor on February 19, 2019, Defendants have produced additional documents relating to the hours worked by Plaintiffs, which may impact on settlement. My office is reviewing those records to see to what extent they will prompt a change in our settlement position.

    Additionally, Judge Failla has set a schedule for the completion of discovery and for trial in this action, with depositions scheduled to be completed by April 22, pretrial submissions due June 24, 2019, and trial scheduled to take place beginning July 22, 2019.

    The parties are interested in engaging in a second settlement conference before Your Honor before the July 22, 2019 trial. Based on the schedules of the respective counsel, we anticipate that we would not be available for a settlement conference until approximately mid-May. By that time depositions will be completed, which will hopefully also aid the parties' understandings of the potential risks and rewards of proceeding to trial.

Hon. Katherine Polk Failla
July 19, 2018
Page 2 of 2

        We thank the Court for its attention to this matter.

                                  Respectfully Submitted,

                                /s/ Joshua S. Androphy
                                Joshua S. Androphy.
                                MICHAEL FAILLACE & ASSOCIATES, P.C.
                                *Attorneys for Plaintiffs*

cc:    Valerie K. Ferrier (by ECFl)
        Eric Su (by ECF)
        Stephen Hans (by ECF)
        *Attorneys for Defendants*