# Michael Faillace & Associates, P.C.

### Employment and Litigation Attorneys

60 East 42nd Street, Suite 4510                                  Telephone: (212) 317-1200
New York, New York 10165                                         Facsimile: (212) 317-1620
_____

jandrophy@faillacelaw.com

January 10, 2020

**VIA ECF AND EMAIL**
Honorable Katherine Polk Failla, U.S.D.J.
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007



> Re:     **Ruiz Ortega et al v. Ambrosia Bakery Café Inc. et al**
>              **Case No. 18-cv-2207 (KPF)**

Dear Judge Failla,

Plaintiffs write to respectfully request an extension of the deadline to submit the settlement agreement for Court approval, from the current deadline of January 13, 2020 to January 27, 2020.

The parties have reached agreement on terms and have prepared an initial draft agreement, which is being reviewed. We request additional time to finalize the agreement and obtain the ten necessary signatures on the agreement. We respectfully request that the Court extend the time to submit the agreement for Court approval. This is the second request for such an extension. The first request was granted.

We thank the Court for its attention to this matter.

Respectfully submitted,

/s/ Joshua S. Androphy
Joshua S. Androphy, Esq.
*Attorney for Plaintiffs*

cc:     Defendants (Via ECF)

Application GRANTED.

Dated:     January 10, 2020          SO ORDERED.
           New York, New York

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE