# Michael Faillace & Associates, P.C.

Employment and Litigation Attorneys

60 East 42nd Street, Suite 4510                  Telephone: (212) 317-1200
New York, New York 10165                        Facsimile: (212) 317-1620
_____

jandrophy@faillacelaw.com

January 27, 2020

**VIA ECF AND EMAIL**
Honorable Katherine Polk Failla, U.S.D.J.
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007



           Re:     <u>Ruiz Ortega et al v. Ambrosia Bakery Café Inc. et al</u>
                     Case No. 18-cv-2207 (KPF)

Dear Judge Failla,

      Plaintiffs write to respectfully request an extension of the deadline to submit the settlement agreement for Court approval, from the current deadline of January 27, 2020 to February 3, 2020.

      The parties have reached agreement on terms and have prepared an agreement. We request additional time to obtain the ten necessary signatures on the agreement. We respectfully request that the Court extend the time to submit the agreement for Court approval. This is the third request for such an extension. The first requests were granted.

      We thank the Court for its attention to this matter.

                                                           Respectfully submitted,

                                                            <u>/s/ Joshua S. Androphy</u>
                                                             Joshua S. Androphy, Esq.
                                                             *Attorney for Plaintiffs*

cc:     Defendants (Via ECF)

Application GRANTED.  There will be no further extensions.  If the parties have not submitted their materials for *Cheeks* analysis on or before February 3, 2020, the Court ORDERS the parties to appear for a conference before the Court on **February 4, 2020, at 4:00 p.m.** in Courtroom 618 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York.

Dated:      January 27, 2020         SO ORDERED.
            New York, New York

*[signature]*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE