Michael Faillace
Michael Faillace & Associates, P.C.
60 East 42nd Street, Suite 4510
New York, New York 10165
(212) 317-1200
*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X

NOEMI RUIZ ORTEGA, ADRIAN D. VELASQUEZ, JUAN DOMINGO VELASQUEZ ROSALES, and TOMAS TRUJILLO CASTELAN, *individually and on behalf of others similarly situated,*

*Plaintiffs*,

-against-

AMBROSIA BAKERY CAFE INC.  (D/B/A BREAD FACTORY), 935 8TH AVENUE BAKERY CORP. (D/B/A BREAD FACTORY), FRANK HALKIADAKIS, NIKOLAOS GLENOIS, MIKO SOMARAKIS (A.K.A NICHOLAS SOMALAKIS), NICK TETENES, GEORGE TZIKAS, DIMITRIOS (A.K.A. JIMMY) RAPTIS, and GIUSSEPPE VICARI

*Defendants.*

-------------------------------------------------------------------X

**Case No.:  18-CV-2207-KPF**

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

**ECF Case**



Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiffs NOEMI RUIZ ORTEGA, ADRIAN D. VELASQUEZ, JUAN DOMINGO VELASQUEZ ROSALES, and TOMAS TRUJILLO CASTELAN, by and through their attorneys, Michael Faillace & Associates, P.C., hereby give notice that the above captioned action is voluntarily dismissed, without prejudice, against Defendant GEORGE TZIKAS.

Dated: New York, New York
          July 23, 2020

                                    MICHAEL FAILLACE & ASSOCIATES, P.C.


                                    _____/s/ Michael Faillace_____
                                    By:    Michael A. Faillace
                                           60 East 42nd Street, Suite 4510
                                           New York, New York 10165
                                           (212) 317-1200
                                           *Attorneys for Plaintiffs*


Application GRANTED.  Although dismissal of this action is not proper under
Federal Rule of Civil Procedure 41(a)(1)(A)(i), since Defendant Tzikas has
filed an Answer (Dkt. #44), the Court ORDERS that this case be dismissed
without prejudice pursuant to Rule 41(a)(2).  As all other Defendants have
now been dismissed, this action is over. The Clerk of Court is directed to
terminate all pending motions, adjourn all remaining dates, and close this
case.  Plaintiffs are ORDERED to serve a copy of this Order on Defendant
Tzikas by whatever means possible.


Dated:    July 23, 2020          SO ORDERED.
          New York, New York


HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE